**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NATASHA JOHNSON**                                                                   **PLAINTIFF**

**V.**                                                                               **NO. 3:19-CV-84-DMB-RP**

**NEW SEASON f/k/a Colonial
Management Group, LP d/b/a Metro
Treatment of Mississippi, LP a/k/a
DeSoto County Treatment Center**                                    **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the Order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 22nd day of November, 2019.

                                                                        **/s/ Debra M. Brown**
                                                                        **UNITED STATES DISTRICT JUDGE**